

**FILED**
9/28/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNEDY HUSSAIN | **UNDER SEAL**<br><br>Case No. **1:21-CR-00608**<br><br>Violations: Title 18, United States Code, Section 2252A(a)(1), 2252A(a)(5)(B), and 2252A(b)(1) and (b)(2)<br><br>**JUDGE BLAKEY<br>MAGISTRATE JUDGE WEISMAN** |

**COUNT ONE**

The SPECIAL MAY 2021 GRAND JURY charges:

On or about December 22, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KENNEDY HUSSAIN,

defendant herein, knowingly transported child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about December 22, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KENNEDY HUSSAIN,

defendant herein, knowingly possessed material, namely, an Apple iPhone X bearing serial number G0NVV66BJCL6 that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means or facility of interstate and foreign commerce and in or affecting interstate commerce by any means, including by computer, and such image having been produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property:

    i. the Apple iPhone X bearing serial number G0NVV66BJCL6 and IMEI 353051091527479.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika L. Csicsila on behalf of the
UNITED STATES ATTORNEY